IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ellis, Sandra F | Case Number: 06 B 16307 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 9/23/08 | Filed: 12/11/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: September 4, 2008
Confirmed: January 29, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 10,419.36 | |
| Secured: | | 1,371.57 |
| Unsecured: | | 5,315.42 |
| Priority: | | 0.00 |
| Administrative: | | 2,918.00 |
| Trustee Fee: | | 562.87 |
| Other Funds: | | 251.50 |
| Totals: | 10,419.36 | 10,419.36 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 375.00 | 375.00 |
| 2. | Robert J Semrad & Associates | Administrative | 2,543.00 | 2,543.00 |
| 3. | New Century Mortgage | Secured | 0.00 | 0.00 |
| 4. | Capital One Auto Finance | Secured | 0.00 | 0.00 |
| 5. | Americredit Financial Ser Inc | Secured | 0.00 | 0.00 |
| 6. | New Century Mortgage | Secured | 26,165.90 | 1,371.57 |
| 7. | Capital One Auto Finance | Unsecured | 0.00 | 0.00 |
| 8. | Americredit Financial Ser Inc | Unsecured | 498.01 | 4,980.08 |
| 9. | Capital One | Unsecured | 33.53 | 335.34 |
| 10. | Collection Company Of America | Unsecured | | No Claim Filed |
| 11. | West Asset Management | Unsecured | | No Claim Filed |
| 12. | Columbus Bank & Trust | Unsecured | | No Claim Filed |
| 13. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| 14. | Superior Asset Management | Unsecured | | No Claim Filed |
| 15. | Credit Management Service | Unsecured | | No Claim Filed |
| | | | $ 29,615.44 | $ 9,604.99 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 66.74 |
| 5.4% | 365.19 |
| 6.5% | 130.94 |
| | $ 562.87 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Ellis, Sandra F | Case Number:  06 B 16307 |
| | Judge:  Hollis, Pamela S |
| Printed:  9/23/08 | Filed:  12/11/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                              Marilyn O. Marshall, Trustee, by:

